UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

v().                                                Case No.: 1:14-cv-24432-KMW

C&C INVESTOR ASSOCIATES, LTD.,
a Florida limited partnership; and, PRISM
MCKETTRICK I, LTD., a Florida limited
Partnership;

    Defendants.
_____/

## NOTICE OF SETTLEMENT[1]

Plaintiff, DOUGLAS LONGHINI, individually, with the consent of Defendants, C&C INVESTOR ASSOCIATES, LTD., a Florida limited partnership, and PRISM MCKETTRICK I, LTD., a Florida limited Partnership (together, d/b/a QUAIL ROOST INVESTORS JOINT VENTURE d/b/a QUAIL ROOST CENTER), hereby notifies the Court that Plaintiff and Defendants have reached settlement of all issues pertaining to Plaintiff's case against Defendants.

Plaintiff is presently preparing a formal settlement agreement for signature by the parties, and Plaintiff will finalize the settlement agreement and submit a notice of voluntary dismissal with prejudice of this action within seven (7) days of the date hereof.

Respectfully submitted this 14th day of January, 2015.

                                                   ESPINOSA | JOMARRON
                                                   *Counsel For The Disabled*
                                                   4300 Biscayne Blvd., Ste. 305
                                                   Miami, FL 33137
                                                   Phone: (305) 717-7530

---

[1] Plaintiff submits this Notice of Settlement and respectfully requests that the Court consider this filing as Plaintiff's response to Court Order, dated January 8, 2015 (DE 7). The brief delay regarding the prosecution of this action was as a result of Plaintiff's and Defendants' immediate efforts to settle and resolve this action.

– 1 –
ESPINOSA | JOMARRON
TRIAL LAWYERS

*Longhini v. C&C Investor Associates, Ltd., et al*
Case No.: 1:14-cv-24432-KMW

Facsimile: (305) 717-7539
Primary e-mail:  eservice@ejtrial.com
Secondary e-mail: tallison@ejtrial.com
Secondary e-mail: despinosa@ejtrial.com

By: */s/ Thomas C. Allison*
  Thomas Allison, Esq.
  Florida Bar No. 35242
  Daniel A. Espinosa, Esq.
  Florida Bar No. 81686

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon Defendants' representative (*see* Service List, below) by e-mail, and that Plaintiff has electronically filed same with the Clerk of Court using the Electronic Case Filing System, on this 14th day of January, 2015.

By: */s/ Thomas Allison*
  Thomas Allison, Esq.
  Florida Bar No. 35242

**Service List**

Steven Schiff
SGS Capital Management, LLC
9955 N. Kendall Dr., Ste. 205
Miami, FL 33176
E-mail: steve@schiff.com