**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DOUG LONGHINI, individually,

 Plaintiff,

v.

                Case No.: 1:14-cv-24432-KMW

C&C INVESTOR ASSOCIATES, LTD.,
a Florida limited partnership; and, PRISM
MCKETTRICK I, LTD., a Florida limited
partnership,

 Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Doug Longhini, and Defendants, C&C INVESTOR ASSOCIATES, LTD., a Florida limited partnership; and, PRISM MCKETTRICK I, LTD., a Florida limited partnership (collectively referred to herein as the **"Parties"**) (Defendants have not appeared in this action, and have agreed to settle and resolve this action and to this dismissal through their undersigned representative), and pursuant to the Court's Order of January 9, 2015 (DE 9) and Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice, and request that this Court dismiss this action, with prejudice, with each party to bear his/its own attorneys' fees and costs, except as set forth in the Parties' Settlement Agreement. The Parties do not request that the Court retain jurisdiction regarding this action or the Settlement Agreement.

*Longhini v. C&C Investor Associates, Ltd., et al.*
Case No.: 1:14-cv-24432-KMW

Respectfully submitted,

Dated: January 28, 2015

| | |
|---|---|
| */s/ Thomas C. Allison*<br>Daniel A. Espinosa, Esq. (81686)<br>Email: *despinosa@ejtrial.com*.<br>Thomas C. Allison, Esq. (35242)<br>Email: *tallison@ejtrial.com*<br>ESPINOSA \| JOMARRON<br>4300 Biscayne Boulevard, Suite 305<br>Miami, Florida 33137<br>Telephone: (305) 717-7530<br>Facsimile: (305) 717-7539<br><br>*Counsel for Plaintiff* | */s/ Steven Schiff*<br>SGS Capital Management, LLC<br>9955 N Kendall Dr.  Ste. 205<br>Miami, Fl 33176<br>Phone (305) 274-3000<br>Fax (305) 274-3001<br>steven@schiff.com<br><br>*Representative of C&C Investor Associates, Ltd.* |
| | */s/ Steven Schiff*<br>SGS Capital Management, LLC<br>9955 N Kendall Dr.  Ste. 205<br>Miami, Fl 33176<br>Phone (305) 274-3000<br>Fax (305) 274-3001<br>steven@schiff.com<br><br>*Representative of Prism Mckettrick I, Ltd.* |