UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24432-Civ-WILLIAMS

DOUGLAS LONGHINI,

    Plaintiff,

vs.

C&C INVESTOR ASSOCIATES, LTD.,
*et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal. (DE 11). Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending motions are **DENIED AS MOOT** and all hearings are **CANCELED**. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers, at Miami, Florida, this 29 day of January, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE